FOR PUBLICATION

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 2005-76 |
| v. | ) | |
| | ) | |
| GELEAN MARK, VERNON FAGAN, ALLEN DINZEY, ALEXCI EMMANUEL, and LEON BOODOO, | ) | |
| Defendants. | ) | |

**ATTORNEYS:**

**Kim R. Lindquist, AUSA**
St. Thomas, U.S.V.I.
   *For the Plaintiff,*

**Robert L. King, Esq.**
St. Thomas, U.S.V.I.
   *For defendant Gelean Mark,*

**Kevin D'Amour, Esq.**
St. Thomas, U.S.V.I.
   *For defendant Vernon Fagan,*

**Bernard Vansluytman, Esq.**
St. Thomas, U.S.V.I.
   *For defendant Allen Dinzey,*

**Judith L. Bourne, Esq.**
St. Thomas, U.S.V.I.
   *For defendant Alexci Emmanuel,*

**Clive Rivers, Esq.**
St. Thomas, U.S.V.I.
   *For defendant Leon Boodoo.*

**ORDER**

**GÓMEZ, C.J.**

Before the Court are the motions of Leon Boodoo ("Boodoo") for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 ("Rule 29") and for a new trial pursuant to Federal Rule of Criminal Procedure 33 ("Rule 33"). For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the motions are **DENIED.**

S_____
**CURTIS V. GÓMEZ
Chief Judge**